DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
JUL - 9 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
PATRICIA A. CLEMENTS

Chapter 13
Case No. 05-3-0619 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $2.57 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 022 | CLERK OF THE COURT FOR SHERMAN ACQUISITION /RB SERIAN ESQ 27955 SMYTH DRIVE SUITE 107 VALENCIA, CA 91355 | $2.57 |

Dated: July 7, 2010

CECILIA MARCELO
Receipts Administrator